IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICT OF FLORIDA

CASE No.: 20-24514-CIV

MICROSOFT, INC.,

    Plaintiff,

v.

MOURAD YOUSRI GUIGUIS, et al.,

    Defendants,

_____/

## NOTICE OF APPEARANCE

Attorney, Peter Herman with the law firm of **Peter Herman, P.A.**, hereby submits this notice of appearance as counsel of record for Defendant, Mourad Yousri Guiguis, in the above-styled action, and requests to be included in all future correspondence, pleadings, etc. via transmission to the email addresses listed below.

Dated this 17th day of January 2022.

                                                                      Respectfully Submitted,

                                                                      **Peter Herman, P.A.**
                                                                      *Attorneys for Defendant*
                                                                      3020 NE 32nd Ave., Suite 226
                                                                      Fort Lauderdale, FL 33308
                                                                      Telephone: (954) 882-1133
                                                                      Email: service@phpalaw.com

                      By:     /Peter Herman/
                                 Peter Herman, Esq.
                                 Fla. Bar No. 353991

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       **Peter Herman, P.A.**
       *Attorneys for Defendant*
       3020 NE 32nd Ave., Suite 226
       Fort Lauderdale, FL 33308
       Telephone: (954) 882-1133
       Email: service@phpalaw.com

By:   /Peter Herman/
       Peter Herman, Esq.
       Fla. Bar No. 353991